AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA
V.
Walter Parker

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 08-mj-01113-MEH

CHARGING DISTRICTS
CASE NUMBER: CR-08-10016

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Northern District of South Dakota; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the Northern District of South Dakota,
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at ~~(if blank, to be notified)~~ by July 10, 2008 ~~on~~ 10:00 A.m.
*Date and Time*

Signature of Judge

6-24-08
*Date*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
*Name of Judge / Title of Judge*